IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL ROLDAN, | ) | 17-36011 |
| RENATA ROLDAN, | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on August 23, 2018, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                BY:/s/ <u>Gina B. Krol</u>
                                            Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-36011<br>Northern District of Illinois<br>Chicago<br>Thu Aug 23 10:39:24 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amex<br>PO Box 297871<br>Fort Lauderdale FL 33329-7871 | Amex<br>PO Box 981540<br>EL Paso TX 79998-1540 | BSI Financial Services<br>101 N 2nd St<br>Titusville PA 16354-2115 |
| Bank of America<br>PO Box 26012<br>Greensboro NC 27420-6012 | Barclays Bank Delaware<br>100 S West St<br>Wilmington DE 19801-5015 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington DE 19899-8803 |
| Bk of Amer<br>4909 Savarese Cir<br>Tampa FL 33634-2413 | Chase Card<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmington DE 19850-5298 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Citi<br>PO Box 6241<br>Sioux Falls SD 57117-6241 | Citibank<br>Citicorp Cr Srvs/ Centralized<br>PO Box 790040S<br>Louis MO 63129 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington DE 19850-5316 | Discover Financial<br>PO Box 3025<br>New Albany OH 43054-3025 | Mbb<br>1460 Renaissance Dr<br>Park Ridge IL 60068-1331 |
| McCormick 106, LLC<br>c/o BSI Financial Services<br>PO Box 679002<br>Dallas, TX 75267-9002 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Motor Credit<br>1111 W 22nd St Ste 420<br>Oak Brook IL 60523-1959 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Michael A Roldan<br>1381 Sweetbay Ln.<br>West Chicago, IL 60185-5966 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Renata B Roldan<br>1381 Sweetbay Ln.<br>West Chicago, IL 60185-5966 | William S Ryan<br>William S. Ryan - Attorney at Law PC<br>3101 N. 25th Ave.<br>Franklin Park, IL 60131-2713 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Financial Services
Po Box 8026
Cedar Rapids IA 52408-8026

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)McCormick 106, LLC              (d)McCormick 106,LLC                    (u)Midwest Anesthesiologists Ltd
                                    c/o BSI Financial Services
                                    PO Box 679002
                                    Dallas, TX 75267-9002

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In Re: §
§
§
ROLDAN, MICHAEL A § Case No. 17-36011 JSB
ROLDAN, RENATA B §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/28/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/23/2018          By: Gina B. Krol
                                        Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
ROLDAN, MICHAEL A § Case No. 17-36011 JSB
ROLDAN, RENATA B §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 14,186.00 |
| and approved disbursements of | $ 71.78 |
| leaving a balance on hand of[1] | $ 14,114.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 2,168.60 | $ 0.00 | $ 2,168.60 |
| Trustee Expenses: GINA B. KROL | $ 12.82 | $ 0.00 | $ 12.82 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,181.42 |
| Remaining Balance | $ 11,932.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,911.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 4,563.90 | $ 0.00 | $ 633.91 |
| 000002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 3,520.29 | $ 0.00 | $ 488.96 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,458.52 | $ 0.00 | $ 341.48 |
| 000004 | McCormick 106,LLC<br>c/o BSI Financial Services<br>PO Box 679002<br>Dallas, TX 75267 | $ 75,368.87 | $ 0.00 | $ 10,468.45 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,932.80 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.