# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In Re: § <br> § <br> ROLDAN, MICHAEL A § <br> ROLDAN, RENATA B § <br> § <br> Debtors § | Case No. 17-36011 JSB |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 463,600.00 |
| Total Distributions to Claimants:  11,932.80 | Claims Discharged <br> Without Payment:  113,328.78 |
| Total Expenses of Administration:  2,253.20 | |

3) Total gross receipts of $ 14,186.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 14,186.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 398,275.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,253.20 | 2,253.20 | 2,253.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,350.00 | 85,911.58 | 85,911.58 | 11,932.80 |
| **TOTAL DISBURSEMENTS** | $ 437,625.00 | $ 88,164.78 | $ 88,164.78 | $ 14,186.00 |

4) This case was originally filed under chapter 7 on 12/04/2017 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2018          By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | 13,585.00 |
| 2017 State Income Tax Refund | 1224-000 | 601.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,186.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America NC4-105-03-14 PO Box 26012 Greensboro, NC 27420-6012 | | 30,514.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bsi Financial Services 101 N 2nd St Titusville, PA 16354-2115 | | 365,761.00 | NA | NA | 0.00 |
| | Toyota Financial Services Toyota Financial Services PO Box 8026 Cedar Rapids, IA 52408-8026 | | 2,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 398,275.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 2,168.60 | 2,168.60 | 2,168.60 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 12.82 | 12.82 | 12.82 |
| ASSOCIATED BANK | 2600-000 | NA | 71.78 | 71.78 | 71.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,253.20** | **$ 2,253.20** | **$ 2,253.20** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Correspondence PO Box 981540 El Paso, TX 79998-1540 | | 3,520.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 100 S West St Wilmington, DE 19801-5015 | | 1,962.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Attn: Correspondence Dept PO Box 15298 Wilmington, DE 19850-5298 | | 15,795.00 | NA | NA | 0.00 |
| | Chase Card Attn: Correspondence Dept PO Box 15298 Wilmington, DE 19850-5298 | | 7,552.00 | NA | NA | 0.00 |
| | Citibank Citicorp Cr Srvs/Centralized Bankruptcy PO Box 790040S Louis, MO 63129 | | 2,458.00 | NA | NA | 0.00 |
| | Discover Financial PO Box 3025 New Albany, OH 43054-3025 | | 4,563.00 | NA | NA | 0.00 |
| | Midwest Anesthesiologists Ltd | | 3,500.00 | NA | NA | 0.00 |
| 000004 | MCCORMICK 106,LLC | 7100-000 | NA | 75,368.87 | 75,368.87 | 10,468.45 |
| 000002 | AMERICAN EXPRESS NATIONAL BANK | 7100-900 | NA | 3,520.29 | 3,520.29 | 488.96 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 4,563.90 | 4,563.90 | 633.91 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 2,458.52 | 2,458.52 | 341.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 39,350.00 | $ 85,911.58 | $ 85,911.58 | $ 11,932.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-36011 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ROLDAN, MICHAEL A | | | Date Filed (f) or Converted (c): | 12/04/17 (f) |
| | ROLDAN, RENATA B | | | 341(a) Meeting Date: | 01/16/18 |
| For Period Ending: | 10/26/18 | (1st reporting period for this case) | | Claims Bar Date: | 06/08/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1381 Sweetbay LnWest Chicago IL 60185-5966 | 285,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 Toyota Sienna mileage: 93000 | 11,273.00 | 0.00 | | 0.00 | FA |
| 3. 2011 Toyota Prius mileage: 180000 | 3,056.00 | 0.00 | | 0.00 | FA |
| 4. CHASE BANK | 600.00 | 0.00 | | 0.00 | FA |
| 5. CHASE BANK | 200.00 | 0.00 | | 0.00 | FA |
| 6. IRA Schwab | 90,000.00 | 0.00 | | 0.00 | FA |
| 7. 401K Advocate Health Care | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. Amita Health | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. Amita Health | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. Universal Life Payable on Death only | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. 2017 Federal Income Tax Refund (u) | 0.00 | 13,585.00 | | 13,585.00 | FA |
| 12. 2017 State Income Tax Refund (u) | 0.00 | 601.00 | | 601.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $441,129.00 | $14,186.00 | | $14,186.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 19, 2018, 02:07 pm

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

/s/    GINA B. KROL

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 17-36011    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | ROLDAN, MICHAEL A | Date Filed (f) or Converted (c): | 12/04/17 (f) |
| | ROLDAN, RENATA B | 341(a) Meeting Date: | 01/16/18 |
| | | Claims Bar Date: | 06/08/18 |

_____ Date: 10/26/18
    GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-36011 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ROLDAN, MICHAEL A | | Bank Name: | ASSOCIATED BANK |
| | ROLDAN, RENATA B | | Account Number / CD #: | *******8150 Checking Account |
| Taxpayer ID No: | *******7378 | | | |
| For Period Ending: | 10/26/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/18 | 11 | Renata Roldan<br>1381 Sweetbay Lane<br>West Chicago, IL 60185 | Federal Tax Refund 2017 | 1224-000 | 13,585.00 | | 13,585.00 |
| 03/22/18 | 12 | Renata Roldan<br>1382 Sweetbay Lane<br>West Chicago, IL 60185 | 2017 State Tax Refund | 1224-000 | 601.00 | | 14,186.00 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,176.00 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.39 | 14,155.61 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.05 | 14,134.56 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.34 | 14,114.22 |
| 09/28/18 | 030001 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fee | 2100-000 | | 2,168.60 | 11,945.62 |
| 09/28/18 | 030002 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Expenses | 2200-000 | | 12.82 | 11,932.80 |
| 09/28/18 | 030003 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 633.91 | 11,298.89 |
| 09/28/18 | 030004 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 488.96 | 10,809.93 |
| 09/28/18 | 030005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Final Distribution | 7100-900 | | 341.48 | 10,468.45 |

Page Subtotals 14,186.00 3,717.55

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-36011 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ROLDAN, MICHAEL A | | Bank Name: | ASSOCIATED BANK |
| | ROLDAN, RENATA B | | Account Number / CD #: | *******8150  Checking Account |
| Taxpayer ID No: | *******7378 | | | |
| For Period Ending: | 10/26/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/18 | 030006 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>McCormick 106,LLC<br>c/o BSI Financial Services<br>PO Box 679002<br>Dallas, TX 75267 | Final Distribution<br>(4-1) Judgment | 7100-000 | | 10,468.45 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 14,186.00 | 14,186.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,186.00 | 14,186.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,186.00 | 14,186.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8150 | 14,186.00 | 14,186.00 | 0.00 |
| | 14,186.00 | 14,186.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    10,468.45

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*